UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marcia K. Ove,<br><br>          Plaintiff,<br><br>     v.<br><br>Johnson & Johnson; Ortho-McNeil-Janssen Pharmaceuticals, Inc.; and Johnson & Johnson Pharmaceutical Research and Development, LLC;<br><br>          Defendants. | No. 1:14-cv-01429-GEB-SKO<br><br>**ORDER** |

Since Plaintiff is proceeding *in propria persona*, this case is hereby referred to the Magistrate Judge under Local Rule 303(c)(21), based on the concurrence of the assigned Magistrate Judge.

Dated:  October 23, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1