# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA K. OVE, | Case No. 1:14-cv-1429-GEB-SKO |
| Plaintiff, | **ORDER SETTING SCHEDULING CONFERENCE** |
| v. | |
| JOHNSON & JOHNSON, et al., | |
| Defendants. | |

The district court has referred this case to the undersigned. As such, a scheduling conference is set for Thursday, December 4, 2014, at 9:45 a.m. in Courtroom 7.[1] Telephonic appearances are approved, and all parties wishing to appear telephonically shall coordinate one conference call to the Court at the time and date of the conference. The parties are to file a joint scheduling report on or before November 29, 2014.

The matters to be addressed in the scheduling report are set forth in the Court's order of September 18, 2014. The Clerk of the Court is DIRECTED to serve Plaintiff with a copy of the Court's September 18, 2014, order.

IT IS SO ORDERED.

Dated:  **October 27, 2014**           **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The scheduling conference will be heard before U.S. Magistrate Judge Sheila K. Oberto in the Fresno Division of the Eastern District of California, 2500 Tulare Street, Fresno, California, 93721.